# Court of Appeals
# of the State of Georgia

ATLANTA, September 26, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2202, A13A2206. ROGER BANKSTON v. RES-GA OXFORD, LLC.**

Res-Ga Oxford, LLC brought two dispossessory actions against Roger Bankston in magistrate court and obtained writs of possession in both. Bankston appealed the magistrate court rulings to superior court, which dismissed his appeals. Bankston then appealed directly to this Court. Those appeals were docketed as Case Nos. A13A1765 and A13A1766. We dismissed the appeals for lack of jurisdiction, and we denied Bankston's subsequent motions for reconsideration.

Meanwhile, the superior court granted Res-Ga Oxford, LLC's motions for supersedeas bonds in both cases. Bankston now appeals the orders granting the supersedeas bonds. Because we have dismissed the underlying appeals, any issues pertaining to the supersedeas bonds are moot. See, e.g., *Muhammad v. Power Lending, LLC*, 311 Ga. App. 347, 350 (5) (715 SE2d 734) (2011). And an appeal of an issue that has become moot is subject to dismissal. OCGA § 5-6-48 (b) (3). Accordingly, these appeals are hereby DISMISSED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 09/26/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*